

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-10-038-CV

IN RE WEATHERFORD INTERNATIONAL, INC.                    RELATOR
A/K/A WEATHERFORD INTERNATIONAL, LTD.

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot based on the Memorandum Opinion issued by the Fourteenth Court of Appeals on February 11, 2010, in cause number 14-09-00896-CV, styled *In re John D. Hanby*, conditionally granting the petition for writ of mandamus.

Accordingly, relator's petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

PANEL:  WALKER, LIVINGSTON, and GARDNER, JJ.

DELIVERED:  February 16, 2010

---

[1] *See* Tex. R. App. P. 47.4.